IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADAM MOSES DELLEA,

    Plaintiff,

v.    Civil Action No. 3:17CV486–HEH

RONALD MYERS, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on July 18, 2017, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released from incarceration. By Memorandum Order entered on February 23, 2018, the Court denied Plaintiff's motion for appointment of counsel. (ECF No. 12.) In response, the Court received a letter from the Hampton Roads Regional Jail notifying the Court that Plaintiff "has been permanently released from [the] facility." (Letter 1, ECF No. 13.) Further, the United States Postal Service returned the February 23, 2018 Memorandum Order to the Court marked "UNABLE TO FORWARD." By Memorandum Order entered on March 15, 2018, the Court directed Plaintiff, within eleven (11) days of the date of entry thereof, to show good cause why his Complaint should not be dismissed as moot. (ECF No. 15.) Although Plaintiff failed to notify the Court of his current address, the Court mailed the March 15, 2018 Memorandum Order to the last known address for Plaintiff provided by the Hampton Roads Regional Jail in its letter.

On March 26, 2018, the United States Postal Service returned the March 15, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NO SUCH NUMBER," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: March 29, 2018
Richmond, Virginia